UNITED STATES of America,
Plaintiff–Appellee

v.

Kennedy POLIDORE, Defendant–Appellant.

No. 09–41231
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2010.

Michelle Suzanne Englade, Assistant U.S. Attorney, David Haskell Henderson, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Kennedy Polidore, Herlong, CA, pro se.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Kennedy Polidore has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Polidore has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.